AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Steven HOLGUIN<br>Manuel·GARCIA | )<br>)<br>)  Case No.  20-1236MJ<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 25, 2020 _____ in the county of _____ Otero _____ in the

_ State and _ District of _____ New Mexico _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

See Attachment:

☑ Continued on the attached sheet.

_Lucas Gates_

*Complainant's signature*

Lucas Gates-HSI Special Agent

*Printed name and title.*

*Telephonically*
Sworn to before me and signed in my presence.

Date: _____ 06/26/2020 _____

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

*Printed name and title*

City and state: _____ Las Cruces, NM _____

**AFFIDAVIT**

On June 25, 2020 at approximately 2:30 A.M., Border Patrol Agents (BPA) assigned to the United States Border Patrol (USBP) Checkpoint located on Highway 70, west of Alamogordo, New Mexico (NM) observed three vehicles enter the checkpoint in tandem for inspection. The initial vehicle, a gold 2000 Ford Expedition bearing Texas license plate number KFB-3335 entered the checkpoint for inspection. BPA Rodriguez greeted and questioned the driver as to his citizenship. The driver, Steven HOLGUIN stated that he and all passengers were United States Citizens. BPA Rodriguez noticed that when HOLGUIN replied, he looked away and avoided eye contact. From past experience, BPA Rodriguez perceived this behavior as a sign of nervousness. BPA Rodriguez then questioned the passengers as to their citizenship. All stated that they were United States Citizen's. BPA Rodriguez then requested that HOLGUIN roll the rear driver side window down. BPA Rodriguez asked the passenger seated in the rear passenger area, if he was a United States Citizen. With a mild hesitation, he stated "yes". BPA Rodriguez then asked him as to his place of birth. The passenger mumbled and looked at HOLGUIN. BPA Rodriguez was unable to comprehend the passenger's response and asked him again where he was born. HOLGUIN intervened and stated that the passenger said Georgia. Again, BPA Rodriguez asked the passenger where he was born. He then stated Oklahoma.

Due to the aforementioned facts and observations, BPA Rodriguez ordered HOLGUIN to turn off the vehicle and step out of the vehicle, to which he complied. BPA Rodriguez asked HOLGUIN if the remaining passengers where illegally in the United States. HOLGUIN answered, yes. BPA Rodriguez then placed HOLGUIN under arrest and escorted him into the checkpoint. BPA Rodriguez then asked the remaining passengers, in the Spanish language, if they were illegally in the United States. The remaining subjects stated that they did not have the proper immigration documents allowing them to be or remain in the United States legally.

BPA Cereceres noticed that the passengers of a 2013 Kia Forte with TX license plate LWR2848, directly behind the initial vehicle, appeared stiff and overly focused on the encounter with the Expedition. BPA Cereceres approached the Kia Forte and questioned the passengers as to their citizenship. All occupants in the vehicle, with the exception of the driver, Manuel GARCIA stated that they did not have the proper immigration documents allowing them to be or remain in the United States legally. GARCIA was placed under arrest and escorted into the checkpoint.

Cereceres then approached the vehicle, a 2002 green Chevrolet Tahoe with TX temporary paper license 73633E2 located directly behind the Kia Forte. With the exception of the driver, Lyndsay Wilson, Cereceres determined that the occupants did not have the proper immigration documents allowing them to be or remain in the United States legally.

All subjects were placed under arrest and escorted into the checkpoint for processing.

The 14 illegal aliens located in the three vehicles, were transported to the USBP Alamogordo, NM Station for processing.

At approximately 7:00 a.m. Homeland Security Investigations (HSI) Special Agents (SA) Lucas Gates and Joseph Scott arrived at the Highway 70 Border Patrol Checkpoint near Alamogordo, New Mexico to investigate the incident involving HOLGUIN and GARCIA.

HSI SAs read HOLGUIN his rights and HOLGUIN agreed to make a statement without the presence of an attorney. HOLGUIN stated that he was contacted by "ALEX" and was instructed to pick up several illegal aliens at a house located in El Paso, Texas (TX). He was offered $300 per person to transport the subjects to Tularosa, NM and then to a house in Albuquerque, NM. HOLGUIN admitted he knew transporting illegal aliens is against the law. HOLGUIN admitted that he knew the 6 occupants in his car were in the United States illegally. HOLGUIN also admitted to having two minor children accompany him on his trip to Albuquerque, NM.

HSI SAs read GARCIA his rights and GARCIA agreed to make a statement without the presence of an attorney. GARCIA stated that he was contacted by his friend "ZANDRA" to transport illegal aliens and was expecting to be paid $1500 upon delivery in Albuquerque, NM. GARCIA agreed and was instructed to meet "ZANDRA" at her house. GARCIA admitted to knowing that the three individuals in his vehicle were in the United States illegally.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

**Lucas Gates**

Special Agent

Subscribed and sworn before me this 26th day of June 2020.

United States Magistrate Judge