# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO
## LAS CRUCES DIVISION

UNITED STATES OF AMERICA
         Plaintiff,

vs.                              Case Number: 20-MJ-1236

MANUEL GARCIA
        Defendant.

## DEFENDANT'S WAIVER OF PRELIMINARY HEARING, ~~WAIVER OF PERSONAL PRESENCE AT PRELIMINARY HEARING,~~ REQUEST FOR TOLLING OF GRAND JURY PRESENTMENT

1. I am the attorney of record for the Defendant, my client, in this criminal proceeding.

2. I have explained to the Defendant that he/she is entitled to a Preliminary Hearing. The Defendant has agreed to waive his/her right to that hearing. The Defendant has also agreed to waive his/her right to have this case presented to a Grand Jury within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161 (b) in exchange for the following:

Pre indictment discovery, and

Pre indictment plea negotiations.

Other _____.

3. I have explained to the Defendant his/her right to have this case presented to a Grand Jury within thirty (30) days of arrest pursuant to 18 U.S.C.

-1-

§ 3161 (b).

4. Based on my explanation my client requests a tolling of grand jury presentment pursuant to 18 U.S.C. § 3161 (h) (7) (A) for an additional period not to exceed 75 days from the date of arrest for a total of 105 days. The Defendant understands this request means there will be a 75 day period of excludable time for the purposes of determining compliance with the speedy indictment provision of 18 U.S.C. § 3161 (b). The Defendant further requests that an Order be entered providing that this time period shall be excluded from the speedy indictment time computation pursuant to 18 U.S.C. § 3161 (h) (7) (A).

5. I have explained to the Defendant that if an agreement can not be reached with the United States Attorney's Office, the case will be presented to a grand jury at a later date, consistent with this waiver.

6. I have explained to the Defendant that he/she is entitled to personally appear before the Court at every stage of a criminal proceeding, including the Preliminary Hearing.

7. After having reviewed this form together with the Defendant, my client, he/she requests that the Court waive his/her personal appearance at the Preliminary Hearing [and instead allow undersigned counsel to sign this waiver of Preliminary Hearing] Waiver of Personal Presence at Preliminary Hearing, Request for Tolling of Grand Jury Presentment [on his/her behalf].

-2-



X _____
                    Defendant

I have reviewed the foregoing document in English and or Spanish with the Defendant and represent to the Court that he/she understands it. I have been authorized by Defendant to sign this waiver on his/her behalf. I further represent to the Court that it is in Defendant's best interest to agree to the contents of this document. I further affirm that Defendant has made this request voluntarily and knowingly after having asked me any questions he/she may have had about this waiver.

06/30/2020                          /s/ Ken del Valle
   Date                    Kenneth del Valle, Attorney for Defendant