**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION**

UNITED STATES OF AMERICA
          Plaintiff,

      v.                           Case No. 20-MJ-1236-GBW

MANUEL GARCIA
          Defendant.

<u>NOTICE OF CONSENT TO CONDUCT PLEA HEARING BY VIDEO</u>

Now comes Defendant, Manuel Garcia, by and through his attorney, Kenneth del Valle, and hereby provides notice of Defendant's consent to conduct his change of plea hearing (currently set for August 26, 2020 at 1:30 p.m.) by video conference.

1. Undersigned counsel has explained to Defendant that he has a right to be physically present at his change of plea hearing, but that insisting upon physical presence would result in a delay of the hearing.

2. Defendant has considered his right to be physically present at the hearing as well as the health risks of being transported to the courthouse during the Covid -19 pandemic – and Defendant has knowingly and voluntarily decided to waive his right

-1-

to be physically present and requests a hearing by video.

3. This hearing cannot be further postponed without serious harm to the interests of justice because Defendant has been incarcerated since his arrest on June 25, 2020; he has negotiated a resolution and plea agreement with the Government and he wishes to proceed as quickly as possible toward the certainty that a final judgement and sentence will bring.

4. The Defendant has a plea agreement that is offered specifically to those defendants who save the Government time and expense by resolving their cases before indictment. The agreement provides the Defendant with a measure of certainty of possible leniency; it allows the Government to conserve valuable resources and it protects the community's interest in a swift and just resolution of criminal cases. An indefinite delay in the change of plea hearing would undermine the purposes of the plea agreement. All of these considerations serve the interests of justice.

Respectfully submitted,

*/s/ Ken del Valle*
Kenneth del Valle
1062 Whirlaway Drive
El Paso, Texas 79936
Tel. 915-276-8353
E-mail: kendelvalle@aol.com
Bar Number: 12439

-2-

<u>CERTIFICATE OF SERVICE</u>

I, Kenneth del Valle, an attorney, do hereby certify that on August 25, 2020

I caused to be filed the above document through the EM/ECF system that will

notify all parties entitled to service and notice of filing.

*/s/ Ken del Valle*
Kenneth del Valle